IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 26-cv-06395-GPG

MANUEL TORRES MALDONADO,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security;
TODD BLANCHE, Attorney General;
DIRECTOR, U.S. Immigration and Customs Enforcement;
GEORGE VALDEZ, Denver Field Office Director; and
JUAN BALTAZAR, Warden, Aurora Contract Detention Facility,

Respondent(s).

---

**ORDER**

---

Before the Court are Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.SC. § 2241 (Petition) (D. 1), Emergency Motion for a Temporary Restraining Order (D. 2), and Motion for Preliminary Injunction (D. 3).[1]

Petitioner has previously filed a case involving the same issues in *Maldonado v. ICE Denver Field Office et al.*, 26-cv-02307-SBP (D. Colo.). That case has numerous pending similar, if not identical, motions pending (*id.*, D. 26; D. 27; D. 31).

In order to avoid conflicting dispositions and orders, the Court finds that the pending motions should be denied without prejudice and this case should be closed to allow resolution of

[1] The Court must construe Petitioner's filings liberally because Petitioner is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972) (per curiam); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a pro se litigant. *See Hall*, 935 F.2d at 1110.

related issues in the first-filed case. *See O'Hare Int'l Bank v. Lambert*, 459 F.2d 328, 331 (10th Cir. 1972) ("It is well established in this Circuit that where the jurisdiction of a federal district court has first attached, that right cannot be arrested or taken away by proceedings in another federal district court.") (citations omitted). Petitioner is cautioned that further duplicative litigation may result in sanctions.

Accordingly, it is ORDERED that the pending Motions (D. 2; D. 3) are DENIED WITHOUT PREJUDICE.

It is FURTHER ORDERED that the Clerk of Court shall administratively close this case.

DATED November 23, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge